UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BENJAMIN RODRIGUEZ,<br><br>  Plaintiff<br><br>  v.<br><br>CLARK COUNTY DETENTION CENTER, et al.,<br><br>  Defendants | Case No. 2:22-cv-02007-RFB-DJA<br><br>ORDER |

**I.  DISCUSSION**

On December 8, 2022, this Court issued an order granting Plaintiff until February 6, 2023, to either pay the full $402 filing fee for a civil action or to submit a fully complete application to proceed *in forma pauperis* with all three required documents.  (ECF No. 3). Although Plaintiff has not filed a fully complete application to proceed *in forma pauperis* on this Court's approved form, Plaintiff has filed several other documents with the Court. (*See* ECF Nos. 4, 6, 7, 8).

The Court will grant Plaintiff an extension of time until March 10, 2023, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents.

**II.  CONCLUSION**

It is therefore ordered that Plaintiff has **until March 10, 2023**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Benjamin Rodriguez the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED this 10th day of February 2023.

_____
UNITED STATES MAGISTRATE JUDGE